**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| DAVID KELLY, RICHARD NORKO, ANNETTE DOBBS and PETER DELLOLIO, for themselves and others similarly-situated,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>HONEYWELL INTERNATIONAL INC.,<br><br>　　Defendant. | CIVIL CASE NO. 3:16-cv-00543-VLB |

## SUMMARY JUDGMENT

This action having come before the Court on Plaintiffs' complaint and cross motions for summary judgment by the parties, before the Honorable Vanessa L. Bryant, United States District Judge; and

The Court having considered the full record of the case including applicable principles of law, and on February 8, 2017 having granted summary judgment for the plaintiffs who retired before expiration of the agreement and then on February 28, 2017 having granted summary judgment as to the defendants with respect to plaintiffs that retired after the expiration of the agreements; it is hereby

ORDERED, ADJUDGED and DECREED that judgment is entered and the case is closed.  Dated at Hartford, Connecticut, this 6th day of March, 2017.

　　　　　　　　　　　　　　　　　　ROBIN D. TABORA, Clerk

　　　　　　　　　　　　　　　　　　By ___/s/CEF_____
EOD: 03/06/17　　　　　　　　　　　　Chester Fernández, Deputy Clerk