**Federal Rules of Appellate Procedure Form 1.   Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court.**

United States District Court for the District of
_____

File Number _____

|  |  |  |
|---|---|---|
|  | ) |  |
| *Plaintiff,* | ) |  |
| v. | ) | Notice of Appeal |
|  | ) |  |
|  | ) |  |
| *Defendant.* | ) |  |

Notice is hereby given that _____, (plaintiffs) (defendants) in the above-named case*, hereby appeal to the United States Court of Appeals for the _____ Circuit (from the final judgment) (from an order (describing it)) entered in this action on the _____ day of __March_____, 20___ (Dkt. 67) regarding the orders entered on February 8, 2017 (Dkts. 58 & 59), and on February 28, 2017 (Dkts. 64 & 66).

/s/
_____

Attorney for _____
Address: _____
_____

[***Note to inmate filers:*** *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.*]

_____
*See Rule 3(c) for permissible ways of identifying appellants