| Name | SETTLEMENT PAYMENT |
|---|---|
| ALBRIKES, THOMAS C. | $ 811.98 |
| ANDREWS, RICHARD | $ 4,660.89 |
| ANNICELLI, ROBERT F. | $ 1,892.82 |
| APPLEBY, ROBERT | $ 1,631.58 |
| ARCANGELO, AMELIA | $ 765.70 |
| BAILEY JR, CARL W. | $ 7,025.91 |
| BANKS, FREDDIE L. | $ 857.90 |
| BECKFORD, ASTLEY O. | $ - |
| BENNETT, INGEBORG | $ 112.52 |
| BERNACKI SR, GARY C. | $ - |
| BRENNAN, GAIL C. | $ 1,401.64 |
| BRIERS, JAMES | $ - |
| BROWN, CHARLES H. | $ 737.83 |
| BURBANK, STEPHEN | $ 969.85 |
| BUTKUS, DAVID C. | $ - |
| BYRD, ALBERT R. | $ 306.36 |
| CARNEY, WILLIE | $ - |
| CARRAFIELLO, JOSEPH A. | $ 1,597.67 |
| CARROLL, MICHAEL | $ 1,068.08 |
| CASTENDO, JOSEPH | $ 9.00 |
| CHAVES, ARTHUR | $ 1,083.86 |
| CHEVARELLA, LOUIS | $ 1,553.00 |
| CLEMONS, BARBARA | $ 1,330.58 |
| COLEMAN, EMMA J. | $ - |
| D'AMICO, JOHN A. | $ 202.54 |
| D'AVIGNON, JOHN | $ 1,328.07 |
| DE MINO, ANGELO S. | $ 812.17 |
| DE MOURA, JOSE B. | $ 1,644.98 |
| DELEON, TINA | $ - |
| DENNIS, MARJORIE | $ 184.40 |
| DESCHAMPS, LYNN | $ 1,076.96 |
| DOBBS, ANNETTE M. | $ 1,025.43 |
| DOUTHIT, ARMOUR R. | $ 877.32 |
| FABOZZI, DONNA | $ 1,593.68 |
| FAR, CHRISTOPHER V. | $ 1,864.00 |
| FILANOWSKI JR, SAMUEL M. | $ 2,035.95 |
| FISCHER, THOMAS P. | $ 914.42 |
| FONVILLE SR, CHRISTOPHER C. | $ - |
| FREEMAN, ZELDA M. | $ - |
| GAFFAN, ALAN S. | $ - |
| GALLO, CATHERINE | $ 2,017.35 |
| GALLO, JOSEPH E. | $ 886.92 |
| GAMBLE, RUSSELL T. | $ - |
| GEMIGNANI, JOSEPH J. | $ 874.86 |
| GILLIAM, HENRY | $ - |
| GOLOSSI, GENE R. | $ - |
| GOMES, FERNANDO | $ 3,328.89 |
| GREEN, LURETHA | $ - |
| GRIMM, MADELINE E. | $ 1,133.66 |
| GUIDA, FRANCIS S. | $ - |
| GUILLET, ERIC G. | $ 1,942.44 |
| HARVIN, ROSA L. | $ 241.54 |
| HAYNES, MELVIN | $ - |
| HENMAN, JESSE B. | $ - |
| HEONIS, DESPINA | $ - |
| HERKNER, LASZLO I. | $ 456.23 |
| HOFMILLER, RAYMOND E. | $ 2,829.77 |

Honeywell Internal

| Name | Amount |
|---|---|
| JACKSON, JOEANNA | $ 5,624.57 |
| JACOBS, GENISE | $ - |
| JOCIS, RICHARD J. | $ 2,168.79 |
| JONES, VALERIE E. | $ - |
| KANSKY, WILLIAM J. | $ 821.96 |
| KEEGAN, ROBERT J. | $ 962.70 |
| KELLY, DAVID F. | $ 1,489.96 |
| KELLY, WILLIAM | $ 76.74 |
| KENNEDY SR, CLIFTON E. | $ 1,266.97 |
| KRETOW JR, NICHOLAS | $ - |
| LESKO, PAUL G. | $ 387.82 |
| LEVINE, KENNETH S. | $ 472.82 |
| LEWIS, DAVID J. | $ - |
| LONG, FRANCES | $ 1,127.06 |
| LUCAS, THEODORE S. | $ 1,225.71 |
| LYNN, PETER J. | $ 938.20 |
| MCDERMOTT, MARY | $ 1,410.14 |
| MCNAIR, ELI W. | $ - |
| MELTON, GWEN | $ 280.92 |
| MOALES JR, MATTHEW | $ - |
| MORGAN JR, ELMORE | $ 1,657.04 |
| NEGRUCCI, BARBARA | $ 129.02 |
| NESKOVIC, TOMISLAV | $ 561.28 |
| NEVELUS JR, PETER J. | $ - |
| NICOLIA, RITA | $ 517.94 |
| NORKO, RICHARD J. | $ 667.32 |
| NOWOTNY, NELSON J. | $ 1,015.53 |
| ODEN SR, ARNOLD | $ - |
| ONYCHER, DANUTA | $ 1,350.89 |
| OVERHISER, JOHN C. | $ 704.04 |
| PEREZ, ROGER | $ 288.80 |
| PETITTE, RONALD R. | $ - |
| PETRO, MICHAEL P. | $ - |
| PHIPPS, DAVID A. | $ 2,083.72 |
| PISCITELLI, GENE A. | $ 1,694.54 |
| PLAVCAN, BEATRICE | $ - |
| POOLE, LILYMAE | $ 788.48 |
| PRIOLEAU, ROBERT L. | $ - |
| RADITSAS, SIHAM | $ - |
| RAMOS, ANTHONY J. | $ 75.01 |
| RICHARDS, CATHERINE M. | $ - |
| RICHARDSON, JOHN E. | $ 650.86 |
| RICHER, JOSEPH R. | $ 514.57 |
| RIVERA, DOROTEO, Jr. | $ - |
| ROSADO, SEVELIO M. | $ 188.44 |
| SALADINO, SALVATORE | $ - |
| SANGSTER, KENNETH E. | $ 2,260.26 |
| SIMONDS, STEPHEN | $ - |
| SIVIGNY, PHILIP B. | $ 1,272.16 |
| SPEER, ANNMARIE | $ 949.28 |
| STANCILL, MAJOR | $ 1,958.22 |
| STRILBYCKIJ, ANNA | $ 1,217.18 |
| STRONKOWSKI, CHARLES | $ 1,517.91 |
| SWINTON, VERONICA C. | $ 306.13 |
| TEIXEIRA, MARIA | $ - |
| TWISS, WILLIAM | $ - |
| TYLER, RICHARD C. | $ - |
| UTZ, LORRAINE | $ 275.22 |
| UZARSKI, THOMAS F. | $ 1,010.18 |
| WALLACE JR, WILLIAM C. | $ 2,929.26 |
| WHEATON, DAVID B. | $ 1,152.05 |

Honeywell Internal

| | |
|---|---|
| WILKES SR, MELVIN L. | $ 996.63 |
| WILLIAMS JR, RICHARD | $ 733.63 |
| ZIELINSKI JR, FRANK (He passed a | $ 1,125.92 |
| | $ 103,934.59 |

Honeywell Internal